UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO: 5:20-cv-76-JSM-PRL

JORDAN ROPELLA,

    **Plaintiff,**

**v.**

OCALA NATIONAL GOLF CLUB, LLC, A Florida
Limited Liability Company,

    **Defendant.**

_____/

**PLAINTIFF JORDAN ROPELLA'S
ANSWERS TO COURT INTERROGATORIES**

    Plaintiff, Jordan Ropella, by and through his undersigned counsel and pursuant to

this Court's FLSA Scheduling Order (DE 6), hereby files his Answers to Court

Interrogatories. *See* attached as Exhibit "1".

    Dated this 30th day of March 2020.

                    Respectfully submitted,

                    ***/s/ Noah E. Storch***
                    Noah E. Storch, Esq.
                    Florida Bar No. 0085476
                    RICHARD CELLER LEGAL, P.A.
                    10368 W. State Road 84, Suite 103
                    Davie, Florida 33324
                    Telephone: (866) 344-9243
                    Facsimile: (954) 337-2771
                    E-mail: **noah@floridaovertimelawyer.com**

                    *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of March, 2020, a true and correct copy of the foregoing has been filed using CM/ECF which will send a copy of same to all counsel of record.

*/s/ Noah E. Storch*
Noah E. Storch, Esq.

## EXHIBIT "1"

# PLAINTIFF JORDAN ROPELLA'S
# ANSWERS TO COURT INTERROGATORIES

## PLAINTIFF'S ANSWERS TO COURT'S INTERROGATORIES

1.      During what period of time were you employed by the Defendant?

   **January 10, 2017—July 18, 2019**

2.      Who was your immediate supervisor?

   **Dave Rozek**

3.      Did you have a regularly scheduled work period?        If so, specify.

   **Saturday 6:00am to 10:00am**
   **Monday through Wednesday 6:00am to 2:30pm**
   **Thursday 6:00am to 1:30pm**
   **Friday 6:00am to 11:00am**

4.      What was your title or position?      Briefly describe your job duties.

   **Position: Assistant to the Superintendent**

   **Job Duties: To assist the superintendent with any and all tasks, including, but not limited to, professionally managing labor, time, materials, and other resources necessary to care for the turfgrass and landscaped grounds on the golf course.**

5.      What was your regular rate of pay?

   **Rate of Pay: $11 per hour**

6.      Provide an accounting of your claim, including:

    **(a)**     dates                       **January 10, 2017—August 18, 2019**

    **(b)**     regular hours worked     **40 hours per week**

    **(c)**     over-time hours worked     **2.5 hours per week**

    **(d)**     pay received versus pay claimed

**Plaintiff received \$11.00 per hour for all hours worked. Plaintiff was unlawfully deprived of time and one-half his regular rate of pay for overtime hours worked.  As such, Plaintiff is owed an additional \$16.50 (one and one half-time) for all overtime hours worked during all relevant times hereto.**

    **(e)**     total amount claimed

**\$5,568.75 (unliquidated) / \$11,137.50 (liquidated)**

7.    When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

**Plaintiff first levied his complaint in January 2017.**

8.    Was this complaint written or oral? (If a written complaint, please attach a copy).
**Plaintiff made multiple verbal complaints to his employer about improper compensation for all hours worked throughout his employment.**

9.    What was your employer's response?    (If a written response, please attach a copy).

**Plaintiff was terminated, and banned from the premises, club and gold course.**

_____ Plaintiff(s)

STATE OF FLORIDA
COUNTY OF _Marion_

BEFORE ME, the undersigned authority, on this day, personally appeared
Plaintiff(s), who being first duly sworn, deposes and says that he/she has read the
foregoing Answers to Interrogatories, knows the contents of same, and to the best of
his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this ___18th___ day of _March_,
2020.

NOTARY PUBLIC

ROBERT ALTMAN
MY COMMISSION # GG 125628
EXPIRES: July 18, 2021
Bonded Thru Notary Public Underwriters

Notary Stamp

_____ Signature of Person
Taking Acknowledgment
Print Name: Robert Altman
Title: Notary
Notary
Public
Serial No.
(If any):
Commission
Expires: July 18, 2021